The Marshall Circuit Court denied the motion to compel arbitration filed by Cook's Pest Control, Inc. ("Cook's"), finding that the transaction did not involve interstate commerce; the court's ruling was based on our now abrogated decision inSisters of the Visitation v. Cochran Plastering Co.,775 So.2d 759 (Ala. 2000). We reverse the order denying the motion and remand the cause for consideration in light of Service Corp.International v. Fulmer, 883 So.2d 621 (Ala. 2003), and Bowenv. Security Pest Control, Inc., 879 So.2d 1139 (Ala. 2003).
REVERSED AND REMANDED.
BROWN and WOODALL, JJ., concur.
LYONS and JOHNSTONE, JJ., concur in the result.